AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| INTERNATIONAL ASSOCIATION FOR SIX SIGMA CERTIFICATION, LLC; and SCOT SHANK,<br><br>*Plaintiff(s)*<br>v.<br>INTERNATIONAL SIX SIGMA, INC.; GLOBAL SIX SIGMA USA, LP; PETER PETERKA; KATHI PETERKA; and DOES 1-10,<br><br>*Defendant(s)* | Civil Action No.  1:15-cv-1068–SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Global Six Sigma USA, LP
Attn: Peter Peterka (registered agent)
7301 Ranch Road 620 N
Suite 155 0362
Austin, TX 78726

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alicia G. Curran, Cozen O'Connor, 1717 Main St., Ste. 3400, Dallas, TX 75201, 214-462-3000

Daniel R. Warner, Kelly / Warner, PLLC, 8283 N. Hayden Rd., St. 229, Scottsdale, AZ 85258, 480-331-9397 (pro hac vice admission pending)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*



Date: November 25, 2015

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-1068

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| INTERNATIONAL ASSOCIATION FOR SIX SIGMA CERTIFICATION, LLC; and SCOT SHANK,<br><br>*Plaintiff(s)*<br>v.<br>INTERNATIONAL SIX SIGMA, INC.; GLOBAL SIX SIGMA USA, LP; PETER PETERKA; KATHI PETERKA; and DOES 1-10,<br><br>*Defendant(s)* | Civil Action No. 1:15-cv-1068 – SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  International Six Sigma, Inc.
Attn: Peter Peterka (registered agent)
7301 Ranch Road 620 N
Suite 155 0362
Austin, TX 78726

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alicia G. Curran, Cozen O'Connor, 1717 Main St., Ste. 3400, Dallas, TX 75201, 214-462-3000

Daniel R. Warner, Kelly / Warner, PLLC, 8283 N. Hayden Rd., St. 229, Scottsdale, AZ 85258, 480-331-9397 (pro hac vice admission pending)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: November 25, 2015

*Amanda Deichert*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-1068

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| INTERNATIONAL ASSOCIATION FOR SIX SIGMA CERTIFICATION, LLC; and SCOT SHANK, <br><br> *Plaintiff(s)* <br> v. <br> INTERNATIONAL SIX SIGMA, INC.; GLOBAL SIX SIGMA USA, LP; PETER PETERKA; KATHI PETERKA; and DOES 1-10, <br><br> *Defendant(s)* | Civil Action No. 1:15-cv-1068-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kathi Peterka
1908 Lakecliff Hills Lane
Austin, TX 78732

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alicia G. Curran, Cozen O'Connor, 1717 Main St., Ste. 3400, Dallas, TX 75201, 214-462-3000

Daniel R. Warner, Kelly / Warner, PLLC, 8283 N. Hayden Rd., St. 229, Scottsdale, AZ 85258, 480-331-9397 (pro hac vice admission pending)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: November 25, 2015



*Amanda Deichert*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-1068

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                               _____
                                               *Server's signature*

                                               _____
                                               *Printed name and title*

                                               _____
                                               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| INTERNATIONAL ASSOCIATION FOR SIX SIGMA CERTIFICATION, LLC; and SCOT SHANK,<br><br>*Plaintiff(s)*<br><br>v.<br><br>INTERNATIONAL SIX SIGMA, INC.; GLOBAL SIX SIGMA USA, LP; PETER PETERKA; KATHI PETERKA; and DOES 1-10,<br><br>*Defendant(s)* | Civil Action No. 1:15-cv-1068-SS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Peter Peterka
1908 Lakecliff Hills Lane
Austin, TX 78732

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Alicia G. Curran, Cozen O'Connor, 1717 Main St., Ste. 3400, Dallas, TX 75201, 214-462-3000

Daniel R. Warner, Kelly / Warner, PLLC, 8283 N. Hayden Rd., St. 229, Scottsdale, AZ 85258, 480-331-9397 (pro hac vice admission pending)

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JEANNETTE J. CLACK
*CLERK OF COURT*

Date: November 25, 2015



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 1:15-cv-1068

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: